PER CURIAM:
The United States has filed a petition for a writ of mandamus seeking an order from this court directing the district court to vacate the requirement in its order of February 2, 1998, in the action United States v. Gordon B. McLendon, Jr., et al., mandating that the United States be represented at mediation by a person with full settlement authority.[1]
Because we find that the district court has not abused its discretion, we deny the Government’s petition for a writ of mandamus. See In re Stone, 986 F.2d 898, 902 (5th Cir.1993). However, we request that the district court consider alternatively ordering the Government to have the person or persons identified as holding full settlement authority consider settlement in advance of the mediation and be fully prepared and available by telephone to discuss settlement at the time of mediation. See id. at 905.
Petition for Writ of Mandamus DENIED.

. The district court ordered that each party be represented during the entire mediation process by “an executive officer (other than in-house counsel) with authority to negotiate a settlement (the authority required shall be active, i.e., not merely the authority to observe the mediation proceedings but the authority to negotiate, demand or offer, and bind the parly represented).”